**Russell MARKS, Petitioner–Appellant,**

v.

**Constance REESE, Warden,
Respondent–Appellee.**

No. 04–41224.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 23, 2006.

Russell Bradley Marks, Federal Prison
Camp Marianna, Marianna, FL, pro se.

Before GARZA, DENNIS, and PRADO,
Circuit Judges.

PER CURIAM: *

Russell Marks ("Marks"), federal prison-
er # 06550–045, appeals the district court's
dismissal of his 28 U.S.C. § 2241 petition
in which he challenged his convictions and
sentences for conspiracy to distribute co-
caine and conspiracy to launder monetary
instruments. Marks argues that his guilty
plea was involuntary because the trial
court did not advise him that he faced a
mandatory sentence of life imprisonment.
He contends that he should be allowed to
proceed under 28 U.S.C. § 2241 because
"he has not had an unobstructed shot at
getting his conviction or sentence vacated."
Marks cites to *Dretke v. Haley*, 541 U.S.
386, 124 S.Ct. 1847, 158 L.Ed.2d 659 (2004)
and *United States v. White*, 371 F.Supp.2d

378 (W.D.N.Y.2005) in support of his argu-
ment.

Marks has not shown that his claim
meets the requirements of 28 U.S.C.
§ 2255's "savings clause." He has not
shown that his claim is based on a retroac-
tively applicable Supreme Court decision
which establishes that he may have been
convicted of a nonexistent offense and that
such claim was foreclosed by circuit law at
the time when the claim should have been
raised in his trial, appeal, or first 28 U.S.C.
§ 2255 motion. *See Reyes–Requena v.
United States*, 243 F.3d 893, 904 (5th Cir.
2001). Therefore, the district court's dis-
missal of Marks's 28 U.S.C. § 2241 peti-
tion is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.